UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY VANN,<br><br>　　　Plaintiff,<br><br>v.<br><br>JEFFREY S. FREEMAN, *et al.*,<br><br>　　　Defendants. | Civil No. 21-10721<br><br>HON. PAUL D. BORMAN<br>MAG. DAVID R. GRAND<br><br>**MOTION TO SEAL EXHIBIT AND MEMORANDUM** |

**EXHIBIT 1**
**INDEX OF DOCUMENTS FOR SEALING**

　　1.　　Letter from Jason H. Poole to Jeffrey A. Neiman, Esq.

　　2.　　Portions of the Motion to Stay Proceedings that refer to the subject-matter in the Poole Letter.